UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (609) 250-0700

Attorneys for The Bank of New York Mellon Trust Company, N.A., as Trustee for the MASTR Alternative Loan Trust 2003-5 Mortgage Pass-through Certificates, Series 2003-5

In Re:
Soojae Kim

Debtor(s).

Case No: 23-13201 RG

Chapter: 7

Judge: Rosemary Gambardella

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of The Bank of New York Mellon Trust Company, N.A., as Trustee for the MASTR Alternative Loan Trust 2003-5 Mortgage Pass-through Certificates, Series 2003-5. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 05/11/2023

/s/ *Denise Carlon*
Denise Carlon
11 May 2023 13:37 EDT
**Denise Carlon, Esq.**
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106

FAX: (609) 385-2214
Attorney for Creditor

*new 8/1/15*

Document ID: 66498eeccaa77760d1173e3227210fb6b8ce15577b753988faa3421fb64c496e